**United States District Court**
**Violation Notice**

0560

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5380213 | Kelley | 2347 |

F5380213

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 04/18/2020 1912 | 36 CFR 261.54(h) |

Place of Offense:
Hwy 93

Offense Description:
Operating an OHV on a Rd

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Maynard | Christopher | D |

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| GOOD | | | | 4W | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 180 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy):
Time (hh:mm):

My Signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy        FS-5300-4 (3/2017)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB SCAN 04/29/2020 14:21